```
 1  RONALD A. McINTIRE (State Bar No. 127407)
    BO W. KIM (State Bar No. 217394)
 2  PERKINS COIE LLP
    1620 26th Street, Sixth Floor
 3  Santa Monica, California 90404-4013
    Tel: (310) 788-9900
 4  Fax: (310) 788-3399
 5
    Attorneys for Defendant
 6  The Boeing Company
 7
 8                  UNITED STATES DISTRICT COURT           E-Filing
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12  M.N., a Minor, by and through his Guardian Ad    CASE NO. C05 02603 PJH
    Litem Deborah Norvell, as Wrongful Death Heir
13  of TOM BAKER, Deceased; and CAROL ANN            STIPULATION AND [PROPOSED]
    BOHN and JAMES M. BAKER, as Personal             ORDER TO EXTEND DEADLINE
14  Representatives of the Estate of TOM BAKER,      FOR THE BOEING COMPANY TO
                                                     FILE ANSWER TO COMPLAINT
15  Deceased,
16              Plaintiffs,
17      v.,
18
    VIACOM, INC.; NORTHROP GRUMMAN
19  CORPORATION; LOCKHEED MARTIN
    CORPORATION; THE BOEING COMPANY;
20  and DOES 1-300,
21
22              Defendants.
23
24       This stipulation to extend the deadline for The Boeing Company to file its answer to the
25  Complaint is entered into by and between plaintiffs M.N., a minor, by and through his Guardian
26  Ad Litem Deborah Norvell, as wrongful death heir of Tom Baker, and CAROL ANN BOHN and
27  JAMES M. BAKER, as personal representatives of the Estate of Tom Baker ("Plaintiffs"), by and
28
```

[LA052130.026]

01038-4784                                                                          C 05 0462

BOEING'S ANSWER TO COMPLAINT

1 | through their counsel Brayton Purcell; and defendant The Boeing Company ("Boeing"), by and
2 | through its counsel Perkins Coie LLP, with respect to the following:

3 |

4 | 1. This case was filed on or about June 27, 2005;

5 | 2. Boeing was served with the Summons and Complaint on July 12, 2005;

6 | 3. Boeing needs additional time to prepare its response to the Complaint;

7 | 4. The requested time modification would have no effect on the schedule for the case.

through their counsel Brayton Purcell; and defendant The Boeing Company ("Boeing"), by and through its counsel Perkins Coie LLP, with respect to the following:

1. This case was filed on or about June 27, 2005;
2. Boeing was served with the Summons and Complaint on July 12, 2005;
3. Boeing needs additional time to prepare its response to the Complaint;
4. The requested time modification would have no effect on the schedule for the case.

IT IS HEREBY STIPULATED by and between the parties of record herein, through their respective attorneys, that the deadline for Boeing to file its Complaint be extended from August 1, 2005 to August 8, 2005.

**STIPULATED AND AGREED TO:**

DATED: August 1, 2005         BRAYTON PURCELL

                              By:_____
                              David Donadio, Esq.
                              Attorneys for plaintiffs


DATED: August 1, 2005         PERKINS COIE LLP

                              By: /s/ _____
                              Bo W. Kim, Esq.
                              Attorneys for defendant
                              The Boeing Company

Case 4:05-cv-02603-PJH   Document 11   Filed 08/03/05   Page 2 of 4

01038-4784
2
C 05 0462
BOEING'S ANSWER TO COMPLAINT

through their counsel Brayton Purcell; and defendant The Boeing Company ("Boeing"), by and through its counsel Perkins Coie LLP, with respect to the following:

1. This case was filed on or about June 27, 2005;
2. Boeing was served with the Summons and Complaint on July 12, 2005;
3. Boeing needs additional time to prepare its response to the Complaint;
4. The requested time modification would have no effect on the schedule for the case.

IT IS HEREBY STIPULATED by and between the parties of record herein, through their respective attorneys, that the deadline for Boeing to file its Complaint be extended from August 1, 2005 to August 8, 2005.

STIPULATED AND AGREED TO:

DATED: August 1, 2005         BRAYTON PURCELL

                              By:_____
                              David Donadio, Esq.
                              Attorneys for plaintiffs

DATED: August 1, 2005         PERKINS COIE LLP

                              By:_____
                              Bo W. Kim, Esq.
                              Attorneys for defendant
                              The Boeing Company

1  **ORDER**

2  **IT IS SO ORDERED** that the deadline for The Boeing Company to file its answer to the
3  Complaint shall be extended to August 8, 2005.

5  Dated: 8/3/05, 2005

   For  *[signature: Jeffrey S. White]*
   The Honorable Phyllis J. Hamilton
   United States District Court Judge